## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**GWENDOLYN S. THOMAS,** §
§
   **Plaintiff,** §
§
**v.** § **Case No. 17-2443**
§
**JEFFERSON CAPITAL** §
**SYSTEMS, LLC,** §
§
   **Defendant.** §

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Jefferson Capital Systems, LLC ("Defendant"), hereby removes the above captioned civil action from the 29th Judicial District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas.  The removal of this civil action is proper because:

1.       Jefferson Capital Systems, LLC is a defendant in a civil action filed by plaintiff, Gwendolyn S. Thomas ("plaintiff"), in the 29th Judicial District Court of Wyandotte County, Kansas, captioned as *Gwendolyn S. Thomas v. Jefferson Capital Systems, LLC,* Case No. 2017-LM-002968 (hereinafter the "State Court Action"). Defendant consents to removal and there are no other defendants in this matter.

2.       Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3.    The Petition in the State Court Action asserts claims under the federal Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq*. A true and correct copy of plaintiff's Petition is attached hereto as **Exhibit A.**

4.    Removal of the State Court Action is proper under 28 U.S.C. § 1441.  If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331.

5.    The 29th Judicial District Court of Wyandotte County, Kansas, is located within the District of Kansas.   Therefore, venue for purposes of removal is proper because the United States District Court for the District of Kansas embraces the place in which the removed action was pending.  *See* 28 U.S.C. § 1441(a).

6.    Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal. Defendant was served with process on July 19, 2017.  This Notice of Removal is being filed within 30 days from service of the Summons and Petition.

7.    A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the 29th Judicial District Court of Wyandotte County, Kansas.

WHEREFORE, defendant, Jefferson Capital Systems, LLC, hereby removes the State Court Action to this Honorable Court.

Respectfully Submitted,

/s/ *Matthew R. Brunkhorst*
Matthew R. Brunkhorst      #25873
2345 Grand Blvd., Suite 1500
Kansas City, MO 64108
Telephone: (816) 221-3240
Facsimile: (816) 329-5403
E-mail: mbrunkhorst@armstrongteasdale.com
*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Kansas, and served via E-mail and U.S. Mail upon the following:

J. Stecklein
Michael Rapp
Matt Robertson
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0727
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
msr@kcconsumerlawyer.com
*Attorneys for Plaintiff*

/s/ *Matthew R. Brunkhorst*
Matthew R. Brunkhorst